# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 2:18cr113 |
| v. ) | |
| ADONIS MARQUIS PERRY ) | |
| Defendant. ) | |

## MOTION TO INQUIRE REGARDING COUNSEL

COMES NOW counsel for the Defendant, Adonis Marquis Perry, at the request of the Defendant, and moves the Court to conduct an inquiry regarding Defendant's request for new counsel. Counsel is not moving to withdraw.

On December 4, 2018, counsel was appointed by the Court to represent the Defendant after the Court granted the request of the Public Defender to withdraw. Counsel immediately began taking all reasonable and appropriate steps to represent the Defendant including but not limited to reviewing all pleadings, obtaining and reviewing the discovery from the Federal Public Defender, discussing the case and facts with the United States Attorney and prior defense counsel, meeting with the Defendant and filing objections to prior rulings of the Court. Counsel also rescheduled hearings on motions filed by prior counsel and began preparing to litigate these motions.

Counsel first visited the Defendant in Western Tidewater Regional Jail on December 8, 2018. The meeting consisted of discussing the overall case, facts, and law with the

Defendant. I also explained that after I become more familiar with the case I would be back to meet with the Defendant.

Mr. Perry sent counsel a letter on December 19, 2018 that requested, among other things, that counsel file a motion to recuse the Judge for bias. Counsel went to see Mr. Perry on December 22, 2018 to discuss the case and his letter. I informed him that there was no legal or factual basis to file a motion to recuse and that I would not file such a motion. He stated that he was going to ask the Court to represent himself. I explained he had a right to request that, advised that he not do so and started to explain the process. Mr. Perry became increasingly angry and agitated and began accusing me of trying to ruin his life. I decided it was best to end the meeting and told Mr. Perry I would come back to see him when he was calmer. As I turned to leave the contact room he became enraged, threw the table toward me and advanced within a foot or so of me with clenched fist screaming he was going to f_ _ _ me up. He screamed that several times. I rang for the guards, they came promptly and three guards subdued Mr. Perry. Mr. Perry did not touch me nor did I need to use physical force to defend myself. He screamed threats and threw the table and his file in my direction. None of these objects touched me. After the incident was over, I told the staff at Western Tidewater Regional Jail that Mr. Perry had made verbal threats but no physical contact and that I did not want to file a report or any charges. The entire incident from the time Mr. Perry threw the table until he was subdued lasted about one minute.

I planned to go see Mr. Perry on January 2, 2019. I received a letter from him on

December 31, 2018 that was apparently written on December 25, 2018. In that letter Mr. Perry stated:[1]

> "I could have beating you to death in that room the other day."
>
> "I want you to withdraw from my case, because next time I feel like that you are not going to walk away so lucky!"
>
> "I hope and pray it don't come down to me happening to do some thing to you to get you off the case."

The quotes above are typed the exact way Mr. Perry wrote them in his letter. The letter also had other expletives directed toward me personally and my approach to the case.

While preparing this motion, I received the motion to dismiss counsel filed by Mr. Perry. (ECF #62) The statement that I used racial remarks toward the Defendant is an absolute unmitigated lie and is totally false. Also, there was not an argument. I explained to Mr. Perry that I would not file baseless and frivolous motions, at which time he became enraged and acted and spoke as set forth above.

Mr. Perry is severely mentally ill based on his previous federal pre-sentence report. As a longtime CJA Panel Member and experienced attorney, I believe that Mr. Perry will present a great challenge to any attorney who represents him and will not respond well to any attorney who does not do everything he wants, exactly as he wants, regardless of whether

---

[1] I have not attached the letter but will make it available for an in camera review of the Court or provide it under such other conditions as the Court may direct. He has also sent me a letter demanding that I file a motion to have the prosecutors and police officers disqualified and removed from his case.

there is a factual or legal basis to do it. I do not feel that any other attorney will have a better chance of having a positive relationship with Mr. Perry. Therefore, I am not moving to withdraw and leave to the Court's discretions whether I should be replaced or not.

Respectfully submitted,

ADONIS MARQUIS PERRY

_____/ s /_____
Lawrence H. Woodward, Jr., Esquire
Virginia State Bar No.: 21756
Attorney for the Defendant
  Adonis Marquis Perry
Ruloff, Swain, Haddad, Morecock,
  Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, Virginia 23451
Telephone Number: (757) 671-6000
Facsimile Number: (757) 671-6004
Email Address: lwoodward@srgslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

William B. Jackson, Esq.
United States Attorney's Office
101 W Main St
Suite 8000
Norfolk, VA 23510
Telephone No.: (757) 441-6331
Facsimile No: (757) 441-6689
Email: william.jackson3@usdoj.gov

        / s /
Joseph E. DePadilla
United States Attorney's Office
101 W Main St
Suite 8000
Norfolk, VA 23510
Telephone No.: (757) 441-6331
Facsimile No: (757) 441-6689
Email: joe.depadilla@usdoj.gov

And, I hereby certify that I have mailed the documents by U.S. Mail to the following non-filing user:

**LEGAL MAIL & PERSONAL AND CONFIDENTIAL**
Western Tidewater Regional Jail
**Inmate: Adonis M. Perry, #58623-083**
4202 Godwin Boulevard
Suffolk, VA 23434

        / s /
Lawrence H. Woodward, Jr., Esquire
Virginia State Bar No.: 21756
Attorney for the Defendant
  Adonis Marquis Perry
Ruloff, Swain, Haddad, Morecock,
  Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, Virginia 23451
Telephone Number: (757) 671-6000
Facsimile Number: (757) 671-6004
Email Address: lwoodward@srgslaw.com