# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 2:18cr113 |
| ) | |
| v. ) | |
| ) | |
| ADONIS MARQUIS PERRY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Lawrence H. Woodward, Jr., Esquire, and moves to withdraw as counsel for the defendant, Adonis Marquis Perry, for the reasons set forth below:

Per the Court's request, counsel has communicated with co-counsel, Nicholas Hobbs, on September 26, 2019 and confirmed that Mr. Hobbs' is in contact with Mr. Perry and prepared to represent him going forward. Mr. Hobbs also confirmed that Mr. Perry continues to desire me to be off his case.

The history of the problems between Mr. Perry and counsel are well documented and have included threats and physical acting out. The Court appointed Mr. Hobbs with the understanding that after the motions were litigated and finally ruled on that I would be relieved as counsel. The motion portion of the case is over, Mr. Perry continued to express his desire to have me removed as his counsel, and communication with Mr. Perry is essentially non-existent except for occasional letters from Mr. Perry complaining about things that happened months ago and demands that I be removed as his attorney.

WHEREFORE, Lawrence H. Woodward, Jr., Esquire, moves to withdraw as counsel for the defendant, Adonis Marquis Perry.

Respectfully submitted,

_____/ s /_____
Lawrence H. Woodward, Jr., Esquire
Virginia State Bar No.: 21756
Attorney for the Defendant
  Adonis Marquis Perry
Ruloff, Swain, Haddad, Morecock,
  Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, Virginia 23451
Telephone Number: (757) 671-6000
Facsimile Number: (757) 671-6004
Email Address: lwoodward@srgslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th of September, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

William B. Jackson, Esq.
United States Attorney's Office
101 W Main St
Suite 8000
Norfolk, VA 23510
Telephone No.: (757) 441-6331
Facsimile No: (757) 441-6689

Email: william.jackson3@usdoj.gov


Joseph E. DePadilla
United States Attorney's Office
101 W Main St
Suite 8000
Norfolk, VA 23510
Telephone No.:  (757) 441-6331
Facsimile No: (757) 441-6689
Email: joe.depadilla@usdoj.gov


Nicholas Ryan Hobbs , Esquire
Virginia State Bar No.:
Attorney for the Defendant
   Adonis Marquis Perry
Hobbs & Harrison, PLLC
21-B East Queens Way
Hampton, VA 23669
Telephone Number: (757) 335-4241
Facsimile Number:  (757) 335-4240
Email: nhobbs@hobbsharrison.com


                                                           / s /
                                    Lawrence H. Woodward, Jr., Esquire
                                    Virginia State Bar No.: 21756
                                    Attorney for the Defendant
                                      Adonis Marquis Perry
                                    Ruloff, Swain, Haddad, Morecock,
                                     Talbert & Woodward, P.C.
                                    317 30th Street
                                    Virginia Beach, Virginia 23451
                                    Telephone Number: (757) 671-6000
                                    Facsimile Number: (757) 671-6004
                                    Email Address: lwoodward@srgslaw.com