IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*NORFOLK DIVISION*

UNITED STATES OF AMERICA

               PLAINTIFF,

V.                                     CASE NO: 2:18-CR-113

ADONIS PERRY,

               DEFENDANT.

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW DEFENDANT, by Counsel, and moves this Honorable Court for an Order relieving both Trevor Robinson and Bruce Sams of representation for the Defendant. The Defendant has clearly communicated his desire to represent himself.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Trevor Jared Robinson, Esq. | Bruce Sams, Esq. |
| Virginia State Bar No. 68591 | Virginia State Bar No. 21702 |
| Attorney for Defendant | Attorney for Defendant |
| 801 Boush Street, Suite 202 | 208 East Plume St. #210 |
| Norfolk, Virginia 23510 | Norfolk, Virginia 23510 |
| Phone: 757-622-4686 | Phone: 757-627-3999 |
| Fax: 757-622-4779 | AttorneyBCS@hotmail.com |
| Trevor@robinsonlaw.net | |

## CERTIFICATE OF SERVICE

  I hereby certify that on the 13th day of May, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joseph Depadilla, Esq.
Assistant U. S. Attorney
United States Attorney's Office
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510
757-441-6358