TO: The Clerk of the Federal Court of Norfolk.

My name is Adonis Marquis Perry Sr. Reg. No# 58623-083 I am appearing "Prose" before the courts with this motion to Amend Judgement under reduction of sentence clause 18 U.S.C. 3582(C)(2) and retroactive changes to the United State Sentencing Guidelines Protaining to stolen firearms, obliverated screal numbers and Interstate Commerse. I'm also inquiring to see if I qualifiy for any reduction Protaining to the 2nd Amendment which "States" we have the right to bare firearms!! Which My case is a 922(G) that is "unconstitutional" under that Amendment and has been ruled so in numerous Citcuits.
This is also a "Prose Motion to appoint Counsel to effectively assist in Proper filing of above and any said Motions Thank you

Sincerely
Adonis M. Perry Sr.
Adonis M. Perry Sr.
#58623-083

1/29/24
date